ELIZABETH BOYD *et al.*

*v.*

THE CITY OF CHICAGO.*

*Opinion filed October 19, 1900.*

This case is controlled by the decision in *Kuester* v. *City of Chicago, (ante,* p. 21.)

WRIT OF ERROR to the County Court of Cook county; the Hon. P. H. SANFORD, Judge, presiding.

GEORGE W. WILBUR, for plaintiffs in error.

CHARLES M. WALKER, Corporation Counsel, ARMAND F. TEEFY, and WILLIAM M. PINDELL, for defendant in error.

Per CURIAM: The above case, and the four cases decided with it, are writs of error to the county court of Cook county to reverse judgments affirming special assessments for the improvement of streets in the city of Chicago. In all material respects these cases are like the case of *Kuester* v. *City of Chicago, (ante,* p. 21,) and on the authority of that case and others therein cited the judgments of the county court must be reversed and the causes remanded.

*Reversed and remanded.*

---

*With this case are decided Nos. 946, *Martin* v. *City of Chicago;* 954, *Ingalls* v. *Same;* 961, *Haines* v. *Same;* and 850, *Betcher* v. *Same.*